*E-Filed 1/9/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR LOZANO HOLDEN, | No. C 11-5800 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MARTINEZ COUNTY JAIL, and ATASCADERO STATE HOSPITAL, | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed and plaintiff has failed to perfect his IFP application (Docket No. 2) by submitting a Certificate of Funds signed by an authorized prison officer **and** a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing **both** documents, or paying the filing fee. The Clerk shall terminate Docket No. 2, enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: January 9, 2012

RICHARD SEEBORG
United States District Judge

No. C 11-5800 RS (PR)
ORDER OF DISMISSAL