*E-Filed 1/9/12*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR LOZANO HOLDEN, | No. C 11-5800 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MARTINEZ COUNTY JAIL, and ATASCADERO STATE HOSPITAL, | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action.  More than 30 days have passed and plaintiff has failed to perfect his IFP application (Docket No. 2) by submitting a Certificate of Funds signed by an authorized prison officer **and** a prison trust account statement showing transactions for the last six months.  Accordingly, the action is DISMISSED without prejudice as to plaintiff filing **both** documents, or paying the filing fee.  The Clerk shall terminate Docket No. 2, enter judgment in favor of defendants and close the file.

   **IT IS SO ORDERED**.

DATED: January 9, 2012

RICHARD SEEBORG
United States District Judge

No. C 11-5800 RS (PR)
ORDER OF DISMISSAL

United States District Court
For the Northern District of California